FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 AUG -9  PM 12: 00

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

DISTRICT OF UTAH
MAIL

| In re:         | CHAPTER # 7        |
|----------------|--------------------|
| COLETTE CHASE  | CASE NO. 08-28548  |
| Debtor.        |                    |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Monarch Dental<br>PO Box 250727<br>Plano, TX 75025 | $8.54 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$8.54** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2nd day of August, 2010.

_____/s/_____
Steven R. Bailey, Trustee